IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER A. KOMLO,** | : | |
| | : | |
|    **Plaintiff** | : | |
| | : | **CIVIL ACTION NO.:** |
|    **v.** | : | |
| | : | **2:15-CV-2127-CDJ** |
| **UNITED STATES,** | : | |
| | : | |
|    **Defendant** | : | |

## ORDER

**AND NOW**, this 13th day of July, 2015, it is hereby **ORDERED** that Plaintiff's Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction, (Doc. No. 4), are **DENIED**. It is further **ORDERED** that Plaintiff's wrongful levy claim is **DISMISSED** for lack of subject matter jurisdiction.

                                                                        BY THE COURT:

                                                                        **/s/ C. Darnell Jones, II   J.**
                                                                        **C. DARNELL JONES, II   J.**