**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENNIFER A. KOMLO,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO.:** |
| **v.** | : | |
| | : | **2:15-CV-2127-CDJ** |
| **UNITED STATES,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

    **AND NOW**, this 23rd day of July, 2015, it is hereby **ORDERED** that Defendant's motion to dismiss, (Doc. No. 12), is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. All other motions are **DENIED AS MOOT**. The Court of Clerk is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

 

                **BY THE COURT:**

                **/s/ C. Darnell Jones, II  J.**
                **C. DARNELL JONES, II   J.**